On the facts found by the Court of Appeal, there is no error of law in its judgment.

On the facts found by the Court of Appeal, the result is correct.

■

262 So.2d 45

**Elisha HALL Sr.**

v.

**Austin F. AKIN.**

**No. 52491.**

May 25, 1972.

■

262 So.2d 45

**Mrs. Effie Busby ROZELLE**

v.

**EMPLOYERS' LIABILITY ASSURANCE CORPORATION, the Aetna Casualty & Surety Company.**

**No. 52490.**

May 25, 1972.

on the facts found by the Court of Appeal, there is no error of law in its judgment.

McCALEB, C. J., is of the opinion that the application should be granted.